IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FREDERICK HARPER, individually and on behalf of all present and future inmates in the Fulton County Jail in Atlanta, Georgia,<br><br>    Plaintiff,<br><br>v.<br><br>DEPUTY TYRONE BENNETT, Individually; and FULTON COUNTY, GEORGIA; FULTON COUNTY BOARD OF COMMISSIONERS, KAREN HANDEL, Chairperson, ROBB PITTS, EMMA I. DARNELL, WILLIAM EDWARDS, TOM LOWE, NANCY BOXILL, members, in their official capacities;<br><br>    Defendants,<br><br>MYRON FREEMAN, Fulton County Sheriff, in his official capacity,<br><br>    Defendant and Third Party<br>    Plaintiff,<br><br>v.<br><br>JIM DONALD, Commissioner of Georgia, Department of Corrections in his official capacity, and the GEORGIA DEPARTMENT OF CORRECTIONS,<br><br>    Third-party defendants. | CIVIL ACTION FILE NO.<br><br>1:04-CV-01416-MHS |

**June 1, 2014, REPORT OF FULTON COUNTY PURSUANT TO COURT ORDER OF SEPTEMBER 19, 2011**

COMES NOW Fulton County, Georgia, and files this its June 1, 2014, Report pursuant to this Court's Order dated September 19, 2011 (Doc. 257), showing this Honorable Court the following:

## I. SUMMARY OF REPORT[1]

In May of 2014, Fulton County continued to work in a collaborative and cooperative effort with all of its Justice System Partners, as well as community members, in an effort to address recidivism, rather than to acquire bed space, as the primary way to attack the jail population problem at its root cause. At the end of May, 2014, the Fulton County Jail had approximately 2,033 inmates.

In May, Fulton County continued its role as the primary source of funding for the Sheriff, the Courts and its criminal justice partners. In January, the County approved a budget in excess of $100,000,000 for the Sheriff for personnel and equipment to staff the Fulton County Jail. On January 22, 2014, the Fulton County Board of Commissioners approved four intergovernmental agreements with DeKalb County, Douglas County,

---

[1] Rather than restate the previous months procedural background and objection sections, the County hereby adopts those sections as if stated herein and maintains its previously raised objection to this Court's September 19, 2011, Order (Doc. 260).

Gwinnett County and Cobb County, to house inmates and to alleviate crowding during the lock replacement process.  In May, Fulton County extended the agreements with Cobb, DeKalb and Douglas through July 31, 2014.  Currently, Fulton County inmates are being housed in Cobb, DeKalb and Douglas Counties.

In addition, on March 19, 2014, Fulton County approved the extension of the current lease of the Union City Jail through the end of April, 2014.  This lease provides an additional 285 beds for use by Fulton County inmates.  In April of 2014, Fulton County agreed to extend the lease through the end of 2014.  Finally, in May of this year, Fulton County and Union City agreed to an extension of their outsourcing agreement for over two years, or until December 31, 2016.  Between the Union City lease and the intergovernmental agreements for outsourcing, Fulton County as access to up to 505 additional beds to house County Inmates.

## II.   FULTON COUNTY JAIL POPULATION

Currently, the Fulton County Jail and the Fulton County Jail system population remain dramatically lower than in recent years.  As of the end of May 2014, the Fulton County Rice Street main jail contained approximately 2,033 inmates.  The population of the entire Fulton County Jail system was 2,494 inmates.

### III. ACTIONS TAKEN BY FULTON COUNTY TO ENSURE ADEQUATE BEDS FOR FULTON COUNTY INMATES

**A. Second Chance Re-Entry Program**

Fulton County continues to work with its Justice Partners to ensure that individuals can be placed within the therapeutic community within the Fulton County Jail.  Currently, there are over 25 individuals in the Second Chance Re-entry program.

**B. Justice Partners**

As noted in previous responses, Fulton County has funded and continues to fund the expansion of the Fulton County Accountability Courts [Doc. 259].  Drug Court, DUI Court, and Behavioral Health Treatment Court are ways of getting at the root causes of crime and are strategies to further reduce recidivism within Fulton County.

**C. Union City**

On August 7, 2013, the Fulton County Board of Commissioners authorized entering into an agreement with Union City to lease up to 285 beds at the Union City Jail until December 31, 2013. That agreement has been finalized and all female inmates who had previously been at the Fulton County Jail are now at Union City. No female inmates are sleeping on temporary bedding at the Fulton County Jail.  The Board of Commissioners has continued to

extend this agreement as Union City will allow and on an as-needed basis. The most recent extension occurred on May 21, 2014, and extended the lease through the end of the year 2016.

### D. Jail Locks

On June 19, 2013, the County approved the award of a contract with Cornerstone Detention Products in the amount of $4,760,124 for the retrofit upgrade of Fulton County Jail locks. The upgrade has begun and the project is over 85% completed. Indeed, locks have been installed on all floors in all inmate housing areas at the Jail with the exception of the 7th floor. It is anticipated that the entire lock replacement will be completed by July of 2014.

### E. Outsourcing Agreements

On May 21, 2014, the Fulton County Board of Commissioners approved the extension of intergovernmental agreements with Cobb County, Douglas County and DeKalb County for the housing of Fulton County inmates in those facilities. Those agreements provide for up to an additional 220 beds for Fulton County inmates. Currently, Fulton County houses 99 inmates at the Douglas County Jail, 18 inmates at the DeKalb County Jail, and 15 inmates at the Cobb County Jail.

**F. The City of Atlanta Detention Center**

Fulton County has reached out to the City of Atlanta for the purpose of determining the viability of acquiring inmate bed space from the City for the purpose of housing County inmates in that facility.

## IV.   FUTURE CONSENT DECREE COMPLIANCE

Fulton County believes that it has fully and faithfully complied with the mandates of the Consent Decree entered in this case.  All matters under County control are in compliance.  A vendor has been chosen to repair the Jail locks and work on upgrading the Jail locks has begun.  The County has acquired up to an additional 505 beds through a lease with Union City and agreements for outsourcing with Cobb, Douglas and DeKalb. Additionally, in January, the County set a budget sufficient to allow its Justice Partners to continue to address population issues at the Jail.

## V. CONCLUSION

Fulton County continues to take steps to ameliorate crowding at the Fulton County Jail and in turn, provide bed space for the inmates housed there.

The County continues to find creative and effective means to deal with its inmate population rather than simply acquiring more beds to house more inmates.  The County is funding and

running accountability courts. The County is funding and running the Second Chance Program. Through these programs, the County provides meaningful alternatives to incarceration and meaningful opportunities for individuals to break the cycle of recidivism.

Finally, while the Jail population is still below levels that existed more than 15 years ago, the County has nonetheless increased capacity of its system through a lease with Union City and outsourcing agreements with neighboring jurisdictions. In the short term, these agreements will allow space at the Fulton County Jail to be utilized for lock replacement. In the longer term, the County will continue to utilize Union City as well as consider other alternatives to account for future inmate population growth.

This 2nd day of June, 2014.

                        Respectfully submitted,

                        **OFFICE OF THE COUNTY ATTORNEY**
                        **R. David Ware**
                        **Georgia Bar No. 737756**

                        **/s/ Steven E. Rosenberg**
                        Steven E. Rosenberg
                        Georgia Bar No. 614560
                        Steven.Rosenberg@fultoncountyga.gov
                        Kaye Burwell
                        Georgia Bar No. 775060
                        Kaye.Burwell@fultoncountyga.gov

```
OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, S.W.
Suite 4038
Atlanta, Georgia  30303
(404) 612-0259 (Office)
(404) 730-6540 (Facsimile)
```

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on this day, I electronically filed with the Clerk of Court this "June 1, 2014, REPORT OF FULTON COUNTY TO COURT ORDER OF SEPTEMBER 19, 2011" in Courier New, 12 point type, using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 2nd day of June, 2014.

>  **/s/ Steven E. Rosenberg**
>  Steven E. Rosenberg
>  Georgia Bar No. 614560
>  Steven.Rosenberg@fultoncountyga.gov

OFFICE OF THE COUNTY ATTORNEY
141 Pryor Street, Suite 4038
Atlanta, Georgia 30303
(404) 612-0259 (Office)
(404) 730-6540 (Facsimile)

P:\CALitigation\Sheriff\Harper v. Fulton Co., et al\Pleadings\06.01.2014 Fulton Countys Response to Court Order dated 09.19.11.doc